JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Shaun Duran, Monica Fischetti Palmieri Williams, Erdem Yildiz, Coral Gonzalez-Inza and Yohanna Gerges

**(b)** County of Residence of First Listed Plaintiff   BERNALILLO
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Sovereign Hagar
301 Edith Blvd. NE, Albuquerque, NM 87102

## DEFENDANTS
New Mexico Department of Workforce Solutions and Sarita Nair

County of Residence of First Listed Defendant   BERNALILLO
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Gregory Lauer & Andrea Christman
401 Broadway Blvd. NE, Albuquerque, NM 87102

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability / 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  | **INTELLECTUAL PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander |  | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability |  | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine |  | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability |  | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / **PERSONAL PROPERTY** / 370 Other Fraud | **LABOR** | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 710 Fair Labor Standards Act |  | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Management Relations | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise |  | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | [x] 890 Other Statutory Actions |
| 210 Land Condemnation | 440 Other Civil Rights / **Habeas Corpus:** | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting / 463 Alien Detainee |  | 865 RSI (405(g)) | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment / 510 Motions to Vacate Sentence |  | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/ Accommodations / 530 General |  | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 535 Death Penalty | **IMMIGRATION** | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other / **Other:** 540 Mandamus & Other | 462 Naturalization Application |  | 950 Constitutionality of State Statutes |
|  | 448 Education / 550 Civil Rights | 465 Other Immigration Actions |  |  |
|  | 555 Prison Condition |  |  |  |
|  | 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
State due process claims made against state government agency

## VII. REQUESTED IN COMPLAINT:
[x] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes  [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: May 12, 2023

SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHAUN DURAN, MONICA FISCHETTI
PALMIERI WILLIAMS, ERDEM YILDIZ,
CORAL GONZALEZ-INZA, and YOHANNA
GERGES, on behalf of themselves and others
similarly situated,

                Plaintiffs,             Federal Court Case No. _____

v.

                                       State Court Case No. D-101-CV-2023-00698

NEW MEXICO DEPARTMENT OF
WORKFORCE SOLUTIONS, an executive
Agency, and SARITA NAIR, in her official capacity
As secretary of the New Mexico Department
of Workforce Solutions,

                Defendants.

### NOTICE OF REMOVAL OF STATE COURT ACTION
### TO UNITED STATES DISTRICT COURT

TO:    THE HONORABLE CLERK OF THE UNITED STATES DISTRICT COURT FOR
        THE DISTRICT OF NEW MEXICO

PLEASE TAKE NOTICE THAT New Mexico Department of Workforce Solutions and Sarita Nair (*collectively* "Defendants") hereby remove to this Court the state court action described herein, pursuant to 28 U.S.C. §§ 1331, 1441(a), 1443, 1446 and 1453. Pursuant to this Court's Local Rule D.N.M.LR-Civ. 81.1, legible copies of records and proceedings from the state court action are also being filed with the Clerk within 28 days of the filing of this Notice of Removal.

### Grounds for Removal

1. This Notice relates to a Class Action Complaint for Violations of Civil Rights and for Declaratory and Injunctive Relief (*hereinafter* "Complaint") filed by Plaintiffs Shaun Duran, Monica Fischetti, Palmieri Williams, Erdem Yildiz, Coral Gonzalez-Inza, and Yhanna Gerges, on behalf of themselves and others similarly situated. The state-court case number is D-101-CV-2023-00698. The

Defendants are the New Mexico Department of Workforce Solutions ("NMDWS"), an executive state agency, and Sarita Nair, in her official capacity as secretary of NMDWS.

2. Both Defendants were served by Plaintiffs with a summons and the initial pleading in state court ("Complaint") setting forth the claim for relief upon which the action is based on April 13, 2023, as shown by the attached returns of service. *Exhibits A and B*.

3. Therefore, this Notice of Removal is timely filed. 28 U.S.C. § 1446(b)(1) ("The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise…").

4. Both Defendants consent to the removal of the state-court action to this Court. 28 U.S.C. § 1446(b)(2)(A).

5. The state court action concerns the state of New Mexico's administration of portions of the federal Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"), which implemented a variety of programs to address the COVID-19 pandemic. *See generally* Pub. L. No. 116-136, 134 Stat. 281 (Mar. 27, 2020); *see also* Pub. L. No. 116-260, 134 Stat. 1182 (Dec. 27, 2020) (the "Continued Assistance Act," which continued many of the CARES Act programs by adding new phases, new allocations, and new federal guidance to address issues related to the continuation of the COVID-19 pandemic.).

6. Among other things, the CARES Act:

   a. expanded UC eligibility to individuals who would ordinarily not qualify for such benefits, namely, self-employed individuals or those with limited recent work history, a program called Pandemic Unemployment Assistance ("PUA");

   b. provided for up to 13 weeks of additional unemployment compensation (UC) benefits for individuals who had exhausted their entitlement to regular state UC or

    PUA benefits, a program called Pandemic Emergency Unemployment Compensation ("PEUC"); and

  c. increased UC benefits payable to individuals receiving benefits under one of several UC programs by $600 per week through July 31, 2020, and after that date by $300 per week through September 4, 2021, a program called Federal Pandemic Unemployment Compensation ("FPUC").

This is a partial list of the UC provisions under the CARES Act. A complete listing of the UC programs affected by the Act can be found in Exhibit B, attached.

 7. In the state-court case the Plaintiffs allege that Defendant New Mexico Department of Workforce Solutions ("NMDWS" or "Department"), in implementing the UC provisions of the CARES Act, "failed to fully cooperate with the [United States] secretary of labor in multiple ways." Complaint, ¶ 312.

 8. Plaintiffs' "well-pleaded Complaint" alleges the following examples of NMDWS' lack of cooperation with the US labor secretary:

  a. Plaintiffs accuse the Department of noncompliance with "Unemployment Insurance Program Letters" ("UIPLs")—guidance issued by the United States Department of Labor ("USDOL")—described by Plaintiffs as "directives that set forth the [USDOL] secretary's interpretation of federal statutes and regulations governing unemployment insurance benefits." *Id.*, ¶ 310.

  b. Plaintiffs allege the Department failed to comply with UIPL No. 20-21, which advises "states of appropriate circumstances for assessing a monetary fraud penalty and for assessing interest and other collection costs on benefit

3

        overpayments created under the CARES Act." Unemployment Insurance Program Letter No. 20-21 at 1.

    c. Plaintiffs allege that NMDWS violated federal laws pertaining to the CARES Act, including 20 C.F.R. § 625.14(f) and 15 U.S.C. § 9021(h) (pertaining to recoupment of overpaid PUA benefits).

    d. Plaintiffs allege that NMDWS breached its Agreement with USDOL for implementing the relief for workers affected by Coronavirus Act, specifically a term therein requiring NMDWS was to "abide by the requirements in the statute, operating instructions and guidance, and program specific addendum attached to [the] Agreement." Exhibit C.

9. Plaintiffs assert five causes of action against NMDWS in their state-court Complaint. Count I alleges Plaintiffs' due process rights under the New Mexico Constitution were violated; Count II alleges the New Mexico State Rules Act and Workforce Solutions Act were violated; Count III alleges violations of the New Mexico Unemployment Compensation Act; Count IV alleges breach of contract; and Count V alleges the Department's efforts to recoup overpaid federal UC benefits are barred by equitable estoppel.

10. Count I is predicated upon Plaintiffs' view that NMDWS' alleged noncompliance with federal directives and interpretations of the CARES Act (including UIPLs) resulted in a deprivation of property without due process of law under the New Mexico Constitution. Complaint, ¶¶ 293 to 298.

11. Count II is predicated on Plaintiffs' view that the Department failed to promulgate agency rules regarding waivers of federal pandemic benefits and has "allowed for a narrower category of

waivers than the categories authorized by the federal government" under the CARES Act. Complaint, ¶ 305.

12. Count III is predicated upon Plaintiffs' view that NMDWS "fail[ed] to fully cooperate" with the Secretary of Labor in its implementation of the CARES Act by not complying with federal statutes, regulations and directives in the form of UIPLs, which Plaintiffs attempt to characterize as a violation of NMSA 1978, § 51-1-31. Complaint, ¶¶ 307 to 314.

13. Count IV is predicated on Plaintiffs' view that NMDWS breached its contract with USDOL by failing to comply with requirements in federal statutes, operating instructions and guidance by USDOL. Complaint, ¶¶ 315 to 320.

14. Defendants dispute all counts pleaded in the Compliant.

15. A federal district court has "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the Unites States." 28 U.S.C. § 1331. Federal-question jurisdiction exists when a "federal question is presented on the face of the plaintiff's properly pleaded complaint." *Jaramillo v. Frewing*, 347 F.Supp.3d 827, 840 (D.N.M. Aug. 28, 2018) (internal quotation marks and citations omitted). Federal-question jurisdiction exists where a federal law creates the cause of action pleaded in the complaint, but it *also* exists where "it appears that some substantial, disputed questions of federal law is a necessary element of one of the well-pleaded state claims." *Nicodemus v. Union Pacific Corp.*, 318 F.3d 1231, 1236 (10th Cir. 2003) (citations omitted).

16. In this case, four (4) out of the five (5) counts pleaded by Plaintiffs are entirely dependent on substantial, disputed questions of federal law relating to federal pandemic benefits under the CARES Act and USDOL's standards for the recoupment of overpaid federal benefits.

17. Although the CARES Act and Continued Assistance Act authorize waivers of overpayments in the PUA, FPUC, MEUC and PEUC programs, *see 28 U.S.C. §§ 2102(d)(4),*

5

2104(f)(2) and 2107(e)(2), New Mexico's UC statutes stand in stark contrast to their federal counterparts. States may waive overpayments of federal UC benefits when the payment of compensation was without fault of the claimant and repayment would be "contrary to equity and good conscience." *See e.g.*, § 2107(e)(2). New Mexico has no such statutory provision with respect to state UC benefits and overpayments. On the contrary, the "[New Mexico Department of Workforce Solutions] has a statutory duty to recover benefits paid to claimants later found to be ineligible or disqualified." *Millar v. New Mexico Dept. of Workforce Solutions*, 2013-NMCA-055, ¶ 20; *see also New Mexico Dept. of Workforce Solutions v. Garduño,* 2016-NMSC-002, ¶ 37 ("Department has the legal right to recoup overpaid benefits, even those benefits mistakenly overpaid by the Department.") (citations omitted); *see also* NMSA 1978, § 51-1-38(H) (2021) ("Any person who has received benefits as a result of a determination or decision of the department or any court that the person was eligible and not disqualified for such benefits and such determination or decision is subsequently modified or reversed by a final …or who has received benefits as a result of administrative error or for any other reason while conditions for the receipt of benefits imposed by the Unemployment Compensation Law were not fulfilled in the person's case or while the person was disqualified from receiving benefits, *irrespective of whether such overpayment of benefits was due to any fault of the person claiming benefits*, shall…either be liable to have such sum deducted from any future benefits payable to the person under the Unemployment Compensation…or be liable to repay to the department…a sum equal to the amount of benefits received by the person…) (previously § 51-1-38(F) (1993) (emphasis added).

18. Any overpayment of state UC benefits, regardless of fault of the person claiming benefits, "shall" be repaid to the state. NMDWS has no discretion to forego seeking recoupment of overpaid

state benefits. *Millar*, ¶ 24.  There is no body of state UC law applicable to granting or denying of federal overpayment waivers.

19. Plaintiffs' extensive reliance on federal standards for establishing and waiving overpayments, *see e.g., Complaint*, ¶¶ *39-60*, makes this case appropriate for removal to federal court. Although Plaintiffs assert state-law claims, their claims are intricately intertwined with substantial, disputed questions of federal law. Removal will ensure consistency in the interpretation and application of the relevant federal statutes, regulations and guidance upon which Plaintiffs chiefly rely. Federal-question jurisdiction pursuant to 28 U.S.C. § 1331 is established.

20. Moreover, the federal government's imposition of onerous requirements with respect to administration of federal pandemic benefits programs, combined with USDOL's inadequate guidance regarding same, raises important issues of federalism. Federal courts have the authority to interpret and enforce the Constitution, federal laws, and regulations, making them well-suited to handle cases that raise questions about federalism. These courts provide a neutral and specialized forum for resolving disputes related to the balance of power between the federal and state governments. Furthermore, federal courts have the advantage of providing consistent interpretation and application of federal law throughout the country. This helps in maintaining uniformity and predictability in the legal system when federalism issues arise across different states or jurisdictions.

**WHEREFORE**, Defendants respectfully give notice that the above-captioned civil action pending in the First Judicial District Court for the State of New Mexico is removed to this Court pursuant to 28 U.S.C. §§ 1331, 1441(a), 1443, 1446 and 1453.

NEW MEXICO DEPARTMENT
OF WORKFORCE SOLUTIONS

*/s/ Andrea Christman*

GREGORY LAUER
GENERAL COUNSEL
ANDREA CHRISTMAN
DEPUTY GENERAL COUNSEL
P.O. Box 1928
Albuquerque, New Mexico 87103
Phone: (505) 841-8471
Fax: (505) 841-9024
gregory.lauer@dws.nm.gov
andrea.christman@dws.nm.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2023, true and correct copies of the foregoing Notice of Removal were served on the parties indicated below by first-class U.S. mail and electronic mail:

Sovereign Hager
Stephanie Welch
Felipe Guevara
New Mexico Center on Law and Poverty
301 Edith Blvd. NE
Albuquerque, NM 87102
(505) 255-2840
sovereign@nmpovertylaw.org
stephanie@nmpovertylaw.org
felipe@nmpovertylaw.org
*Attorneys for Plaintiffs*

-And-

Laura Schauer Ives
Adam C. Flores
Alyssa Quijano
Henry A. Jones
Martha E. Mulvany
Ives & Flores PA
925 Luna Circle NW
Albuquerque, NM 87102
adam@nmcivilrights.com
martha@nmcivilrights.com
*Attorneys for Plaintiffs*

GREGORY LAUER, ESQ.

9

FILED 1st JUDICIAL DISTRICT COURT
Santa Fe County
4/21/2023 11:50 AM
KATHLEEN VIGIL CLERK OF THE COURT
Gloria Landin

**SUMMONS**

**District Court**: First Judicial District
Santa Fe County, New Mexico
**Court Address**: 225 Montezuma Ave., Santa Fe, NM 87501
**Court Telephone Number**: 505-455-8250

**Case Number**: D-101-CV-2023-00698

**Judge**: ~~Kathleen McGarry Ellenwood~~ Sanchez-Gagne, Maria

**Plaintiff**: Shaun Duran, Monica Fischetti Palmieri Williams, Erdem Yildiz, Coral Gonzalez-Inza, and Yohanna Gerges, on behalf of themselves and others similarly situated,

v.

**Defendants**: New Mexico Department of Workforce Solutions, an executive agency, and Sarita Nair, in her official capacity as secretary of the New Mexico Department of Workforce Solutions

**Defendant**
**Name**: New Mexico Department of Workforce Solutions
**Address**: 401 Broadway Blvd. NE, Albuquerque, NM 87102

**TO THE ABOVE NAMED DEFENDANT(S)**: Take notice that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6. If you need an interpreter, you must ask for one in writing.

7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6227; or 1-505-797-6066.

Dated at Santa Fe, New Mexico, this 5th day of April, 2023.

KATHLEEN VIGIL
CLERK OF COURT
By: /s/
Deputy

**Attorney for Plaintiff**
**Name**: Felipe Guevara
**Address**: 301 Edith Blvd NE
Albuquerque, NM 87102
**Telephone No.**: 505-255-2840
felipe@nmpovertylaw.org

**EXHIBIT A**

THIS SUMMONS IS ISSUED PURS[UANT TO RULE 1-004 N]MRA OF THE NEW MEXICO RULES OF CIVIL PROCEDURE F[OR DISTRICT COURTS]

STATE OF NEW MEXICO )
                    )ss
COUNTY OF BERNALILLO)

## RETURN

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in <u>Bernalillo County</u> on the <u>13</u> day of <u>April</u>, <u>2023</u>, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]   to the defendant _____ *(used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint)*

[x]   to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA *(used when service is by mail or commercial courier service)*.

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]   to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, *(used when the defendant is not presently at place of abode)* and by mailing by first class mail to the defendant at _____ *(insert defendant's last known mailing address)* a copy of the summons and complaint.

[ ]   to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ *(insert defendant's business address)* and by mailing the summons and complaint by first class mail to the defendant at _____ *(insert defendant's last known mailing address)*.

[ ]   to _____, an agent authorized to receive service of process for defendant _____.

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ *(used when defendant is a minor or an incompetent person)*.

[ ]   to _____ *(name of person)*, _____, *(title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision)*

Fees: $24.69/00 _____

_[signature]_
Signature of person making service

_Paralegal_
Title (*if any*)

Subscribed and sworn to before me this 20 day of April, 2023

_[signature]_
Judge, notary or other officer
authorized to administer oaths

_Notary_ Bernalillo County
Official title

STATE OF NEW MEXICO
NOTARY PUBLIC
LAUNA KITTLE
COMMISSION NUMBER 1138067
EXPIRATION DATE 05-25-2026

**USPS TRACKING #**

9590 9402 8086 2349 0630 85

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box•

New Mexico Center on Law & Poverty
Attn: Felipe Guevara
301 Edith Blvd. NE
Albuquerque, NM 87102

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

New Mexico Dept. of
Workforce Solutions
401 Broadway Blvd. NE
Albuquerque, NM 87102

9590 9402 8086 2349 0630 85

2. Article Number (Transfer from service label)

7021 0950 0002 0425 5044

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                   4.13.23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

FILED 1st JUDICIAL DISTRICT COURT
Santa Fe County
4/21/2023 11:50 AM
KATHLEEN VIGIL CLERK OF THE COURT
Gloria Landin

**SUMMONS**

**District Court**: First Judicial District
Santa Fe County, New Mexico
**Court Address**: 225 Montezuma Ave., Santa Fe, NM 87501
**Court Telephone Number**: 505-455-8250

**Case Number**: D-101-CV-2023-00698

**Judge**: ~~Kathleen McGarry Ellenwood~~
Sanchez-Gagne, Maria

**Plaintiff**: Shaun Duran, Monica Fischetti Palmieri Williams, Erdem Yildiz, Coral Gonzalez-Inza, and Yohanna Gerges, on behalf of themselves and others similarly situated,

v.

**Defendants**: New Mexico Department of Workforce Solutions, an executive agency, and Sarita Nair, in her official capacity as secretary of the New Mexico Department of Workforce Solutions

**Defendant**
**Name**: Sarita Nair, in her official capacity as secretary of the New Mexico Department of Workforce Solutions
**Address**: 401 Broadway Blvd. NE, Albuquerque, NM 87102

## TO THE ABOVE NAMED DEFENDANT(S): Take notice that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6. If you need an interpreter, you must ask for one in writing.

7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6227; or 1-505-797-6066.

Dated at Santa Fe, New Mexico, this 5th day of _____April_____, 2023.
KATHLEEN VIGIL
CLERK OF COURT
By: _____
Deputy

**Attorney for Plaintiff**
**Name**: Felipe Guevara
**Address**: 301 Edith Blvd. NE
Albuquerque, NM 87102
**Telephone No.**: 505-255-2840
**Email**: felipe@nmpovertylaw.org

THIS SUMMONS IS ISSUED PURSUA[NT TO...] RA OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR [...]

**EXHIBIT B**

STATE OF NEW MEXICO )
                    )ss
COUNTY OF BERNALILLO)

## RETURN

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in <u>Bernalillo County</u> on the <u>13</u> day of <u>April, 2023</u>, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ] to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[x] to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ] to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ] to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ] to _____, an agent authorized to receive service of process for defendant _____.

[ ] to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ] to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*)

Fees: $24.60/100

_____
Signature of person making service

__Paralegal__
Title (*if any*)


Subscribed and sworn to before me this 20 day of April, 20 23

__Launa Kittle__
Judge, notary or other officer
authorized to administer oaths

__Notary, Bernalillo__
Official title

STATE OF NEW MEXICO
NOTARY PUBLIC
LAUNA KITTLE
COMMISSION NUMBER 1138067
EXPIRATION DATE 05-25-2026

**USPS TRACKING #**

9590 9402 7981 2305 3946 65

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box•

NMCLP
Attn: Felipe Guevara
301 Edith Blvd. NE
Albuquerque, NM 87102

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Kevin Quinn_ ☐ Agent ☑ Addressee<br>B. Received by (Printed Name) _Kevin Quinn_   C. Date of Delivery 4·13·23 |
| 1. Article Addressed to:<br>Ms. Sarita Nair, in her official capacity as Sect. of DWS<br>401 Broadway Blvd. NE<br>Albuquerque, NM 87102<br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 7981 2305 3946 65 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No<br><br>3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☑ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7021 0950 0002 0425 5037 | Mail<br>Mail Restricted Delivery<br>(over $500) |

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt