IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHAUN DURAN et al., on behalf of themselves
and others similarly situated,

      Plaintiffs,

v.                                      No. 23-417 SCY/JFR

NEW MEXICO DEPARTMENT OF
WORKFORCE SOLUTIONS, and SARITA
NAIR, in her official capacity as secretary of the
New Mexico Department of Workforce
Solutions,

      Defendants.

## ORDER OF REMAND

Pursuant to the Memorandum Opinion and Order entered concurrently herewith, the Court grants Plaintiff's Motion to Remand and this case is remanded to First Judicial District Court for the State of New Mexico.

_____
STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE